IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

CYRILL A. KOLOCOTRONIS, )
 )
        Plaintiff, )
 )
        v. ) No. 06-4266-CV-C-NKL
 )
SUSAN WARD, et al., )
 )
        Defendants. )

## ORDER

On December 11, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on December 19, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 11, 2006, is adopted [4]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the General Order In re Cyrill Athanasios Kolocotronis (W.D. Mo. Aug. 28, 2003).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 26, 2007
Jefferson City, Missouri